FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2021

SEAN F. McAVOY, CLERK

# United States District Court
## for the
## Eastern District of Washington

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender:  Francisco Javier Mendoza
Name of Supervising Judicial Officer:  Edward F. Shea, Senior U.S. District Judge
Docket No:  2:12CR06053-EFS-16

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the country. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Francisco Javier Mendoza to travel out of the country.

|  |  |
|---|---|
| Respectfully submitted by | |
| s/David L. McCary | 10/13/2021 |
| David L. McCary | Date |
| U.S. Probation Officer | |

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for the offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X]  **Approves travel request**
[ ]  **Denies travel request**
[ ]  **Other**

*Edward F. Shea*
Signature of Judicial Officer

October 13, 2021
Date